IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02254-WYD-CBS

PERSONAL BENEFITS SERVICES GROUP, INC., a Colorado Corporation,

    Plaintiff,

v.

ANITA DEAN, an individual,

    Defendant.

## ORDER

    THIS MATTER comes before the Court on the Stipulated Motion to Dismiss with Prejudice [ECF No. 14], filed January 7, 2011.  The Court, having reviewed the motion and being fully advised in the premises, hereby

    ORDERS that the motion is **GRANTED**.  In accordance therewith, this action is **DISMISSED WITH PREJUDICE**, with each party to pay its own costs and attorney's fees.

    Dated:  January 10, 2011.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge